ing been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

2) Each of the parties shall bear their own costs.

YEDA RESEARCH AND DEVEL-
OPMENT COMPANY LTD.,
Plaintiff–Appellee,

v.

IMCLONE SYSTEMS, INC.,
Defendant–Appellant,

and

Aventis Pharmaceuticals, Inc.,
Defendant–Appellant.

Nos. 2007–1010, 2007–1012.

United States Court of Appeals,
Federal Circuit.

Feb. 5, 2008.

Judith ARONHIME, Ramy Lidor–Hada,
Valerie Niddam, Retital Lifshirtz and
Guy Shambursky, Appellants,

v.

Stephen Robert BYRN, David Andrew
Coates, Karen Sue Gushurst, Joseph
Francis Krzyzaniak, Zheng Jane Li,
Henry Grant Morrisson II, Aeri Park,
and Petrinka Ivanova Vlahova, Appel-
lees.

No. 2008–1110.

United States Court of Appeals,
Federal Circuit.

Feb. 5, 2008.

## ORDER

Upon consideration of the Joint Dismiss-al Agreement filed by the Parties to this Appeal.

IT IS ORDERED THAT:

1) The appeal is DISMISSED under Federal Rule of Appellate Procedure 42(b).

## ORDER

Upon consideration of the appellants' unopposed motion to voluntarily dismiss their appeal,

IT IS ORDERED THAT: